tiorari granted. *E. C. Alvord* for petitioner. *Simon E. Sobeloff,* then Solicitor General, *Assistant Attorney General Rice, Hilbert P. Zarky* and *I. Henry Kutz* for respondent.

No. 94. RADOVICH *v.* NATIONAL FOOTBALL LEAGUE ET AL. C. A. 9th Cir. Certiorari granted. *Maxwell Keith* for petitioner. *Marshall E. Leahy* and *John F. O'Dea* for the National Football League et al., respondents. *Simon E. Sobeloff,* then Solicitor General, *Assistant Attorney General Barnes* and *Charles H. Weston* filed a memorandum for the United States, as *amicus curiae,* in support of the petition.

No. 97. UNITED STATES *v.* UNION PACIFIC RAILROAD Co. C. A. 10th Cir. Certiorari granted. *Simon E. Sobeloff,* then Solicitor General, *Assistant Attorney General Morton, Roger P. Marquis* and *Fred W. Smith* for the United States. *Louis W. Myers, William W. Clary, Warren M. Christopher, John U. Loomis, W. R. Rouse* and *J. H. Anderson* for respondent.

No. 103. NATIONAL LABOR RELATIONS BOARD *v.* TRUCK DRIVERS LOCAL UNION No. 449, INTERNATIONAL BROTHERHOOD OF TEAMSTERS, CHAUFFEURS, WAREHOUSEMEN AND HELPERS OF AMERICA, A. F. L. C. A. 2d Cir. Certiorari granted. *Simon E. Sobeloff,* then Solicitor General, *Theophil C. Kammholz, David P. Findling* and *Dominick L. Manoli* for petitioner. *Thomas P. McMahon* for respondent. *Kenneth C. Royall* and *Frank C. Fisher* filed a brief for the Linen and Credit Exchange et al., as *amici curiae,* in support of the petition.

No. 109. CONLEY ET AL. *v.* GIBSON ET AL. C. A. 5th Cir. Certiorari granted. *Roberson L. King* for petition-

ers. *Clarence Mulholland* and *Edward J. Hickey, Jr.* for respondents.

No. 122. MITCHELL, SECRETARY OF LABOR, *v.* BEKINS VAN & STORAGE Co. C. A. 9th Cir. Certiorari granted. *Simon E. Sobeloff,* then Solicitor General, *Solicitor General Rankin, Stuart Rothman* and *Bessie Margolin* for petitioner. *Homer D. Crotty* and *Lucien Shaw* for respondent.

No. 137. GOLD *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari granted. *Harold I. Cammer, Joseph Forer* and *David Rein* for petitioner. *Simon E. Sobeloff,* then Solicitor General, *Assistant Attorney General Tompkins* and *Philip R. Monahan* for the United States.

No. 153. OLIN MATHIESON CHEMICAL CORP. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 4th Cir. Certiorari granted. *Wm. A. Stuart* and *H. W. Stull* for petitioner. *Simon E. Sobeloff,* then Solicitor General, *Theophil C. Kammholz* and *Dominick L. Manoli* for respondent.

No. 162. KREMEN ET AL. *v.* UNITED STATES. C. A. 9th Cir. Certiorari granted. *Norman Leonard* for petitioners. *Simon E. Sobeloff,* then Solicitor General, and *Assistant Attorney General Tompkins* for the United States.

No. 205. UNITED STATES EX REL. HINTOPOULOS ET UX. *v.* SHAUGHNESSY, DISTRICT DIRECTOR, IMMIGRATION AND NATURALIZATION SERVICE. C. A. 2d Cir. Certiorari granted. *Edward L. P. O'Connor* for petitioners. *Oscar H. Davis,* then Acting Solicitor General, *Assistant Attorney General Olney, Robert S. Erdahl* and *Isabelle Cappello* for respondent.